UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.: CR-10-114 (JRT/RLE) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Charles Freddie Thompson, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Andrew S. Garvis, shall appear as counsel of record for Charles Freddie Thompson in the above-entitled case.

| | |
|---|---|
| Dated: April 23, 2010 | /s/ *Andrew S. Garvis* |
| | Andrew S. Garvis |
| | Koch and Garvis LLC |
| | Attorney for Charles Freddie Thompson |
| | 3109 Hennepin Ave. S. |
| | Minneapolis, MN 55408 |
| | (612) 827-8101 |
| | Minn. Attny. No. 257989 |