UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-114 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| CHARLES FREDDIE THOMPSON (1),<br>PATRICIA ANN THOMPSON (2),<br>DARRELL LEROY THOMPSON (3),<br>WILLIAM CLIFFORD BAKKEN (4),<br>ROBERT ANTONY INGEBRETSON(5),<br>JAMES WILLIAM BRAUN, JR. (6), | |
| Defendants. | |

_____

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, dated June 2, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the motion of Robert Ingebretson to Dismiss the Indictment [Docket No. 112] is DENIED.


DATED: June 28, 2010
at Minneapolis, Minnesota.
                                                   _____ s/ John R. Tunheim_____
                                                    JOHN R. TUNHEIM
                                                 United States District Judge